IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr43-MHT |
| | ) | (WO) |
| JOHN COWART | ) | |

**ORDER**

During the sentencing hearing today, counsel for defendant John Cowart orally moved for a continuance to determine the impact of *United States v. Johnson*, 379 F. Supp. 3d 1213 (2019) on the sentence, and to pursue finding an expert regarding the personal impact of "prisonization" on the defendant, and the court granted the motion.

Accordingly, it is ORDERED that the sentencing hearing shall resume on August 26, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of July, 2021.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**